UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

  Plaintiff,

v.

KYLE HALGRIMSON and
ANGELIQUE BOLL,

  Defendants.

Case No. 20-CR-190

[18 U.S.C. §§ 2251(a) and 2]

## INDICTMENT

### COUNT ONE
### Production of Child Pornography

**THE GRAND JURY CHARGES THAT:**

Between approximately July 8, 2020, and approximately July 13, 2020, in the State and Eastern District of Wisconsin,

**KYLE HALGRIMSON AND ANGELIQUE BOLL**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported across state lines and in foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## FORFEITURE NOTICE

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2251, set forth in this Indictment the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

 a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

 b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

 c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

███████████████████████████

FOREPERSON

Dated: 10-20-2020

*signature*
MATTHEW D. KRUEGER
United States Attorney