UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                     Case No. 20-CR-190

KYLE HALGRIMSON,

          Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR
## A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Columbia County Jail, for the following judicial proceeding:

| | |
|---|---|
| Defendant: | KYLE HALGRIMSON, DOC#: 99784, DOB: xx/xx/1984 |
| Proceeding: | Arraignment and plea |
| Date/Time: | November 10, 2020, at 9:30 a.m. |
| Before: | United States Magistrate Judge William E. Duffin |
| | 517 E. Wisconsin Avenue, **via video conference** |
| | Milwaukee, Wisconsin |

Respectfully submitted this 27th day of October, 2020.

                                  MATTHEW D. KRUEGER
                                  United States Attorney

                                  s/Megan J. Paulson
                                  MEGAN J. PAULSON
                                  Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this   27th   day of October, 2020.

                                  _____
                                  NANCY JOSEPH
                                  United States Magistrate Judge