UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                                              Case No. 20-CR-190

**KYLE HALGRIMSON,**

        **Defendant.**

---

### NOTICE OF APPEARANCE

---

PLEASE ENTER the appearance of Craig R. Johnson of Sweet and Associates, LLC on behalf of Defendant Kyle Halgrimson in the above-captioned matter.

Dated: November 4, 2020

                                                    s/ Craig R. Johnson
                                                    Craig R. Johnson; SBN 1022627
                                                    Attorney for Kyle Halgrimson
                                                    Sweet and Associates, LLC
                                                    2510 East Capitol Drive
                                                    Milwaukee, Wisconsin 53211
                                                    Phone: (414) 332-2255
                                                    Fax: (414) 332-2275
                                                    E-Mail: cjohnson@unionyeslaw.com