# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **ARRAIGNMENT AND PLEA MINUTES** |
| v. | CASE NUMBER **20-CR-190** |
| **KYLE HALGRIMSON** | |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Amanda Chasteen | Hearing Began: 9:30 AM |
| Hearing Held: November 10, 2020 at 9:30 AM | Hearing Ended: 9:45 AM |

**Appearances:**

UNITED STATES OF AMERICA by: Megan Paulson
KYLE HALGRIMSON, in person, and by: Craig Johnson        ☒ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☒ None ☐ Sworn

☒ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☒ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | January 19, 2021 | District Judge: | Pamela Pepper |
| Plea Deadline: | | Bond Judge: | William E. Duffin |
| Final Pretrial Report | | Magistrate Judge: | Stephen C. Dries |
| Final Pretrial Conf.: | December 22, 2020 at 3:15 PM via Zoom | Motions Due: | November 25, 2020 |
| | | Responses Due: | December 7, 2020 |
| Jury Trial Date: | January 11, 2021 at 8:30 AM in Courtroom 222 | Replies Due: | December 14, 2020 |
| Trial Length Estimate: | 3 to 5 days | | |

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines
☒ Copy of indictment received by defendant
  ☒ Indictment read ☐ defendant waives reading
☒ Not guilty plea entered by: ☒ defendant ☐ the court
☒ Expanded discovery policy applies
  Discovery available: Available and provided to counsel
☒ Government to disclose grand jury materials one day prior to trial

☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Stephen C. Dries

Counsel and defendant consent to appearing via videoconference.

Maximum Penalties: **Count 1**: SENT: Man. Min. 15 years to 30 years; FINE: $250,000; SR: 5 years to Life; SA: $100 and if deemed nonindigent $5,000 additional special assessment.

**BOND**

GOVT the deft has a revocation hearing re State of WI charges set for 11/17/2020.

DEFENSE has no objections to the defendant being detained in federal custody.

COURT statements prior to ruling
- Orders the deft be detained pending trial. Finding no conditions that would reasonably assure the safety of the community, and his appearance at future court proceedings.
- Enters oral order re Expanded Discovery Policy: **IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**Bond Status:** ☑ Defendant is ordered detained pending trial. *See* Order of Detention Pending Trial