# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 20-CR-190 |
| | ) | |
| Kyle Halgrimson | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Kyle Halgrimson                                                    ,
who is accused of an offense or violation on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Release Violation Petition

☐ Violation Notice    ☐ Order of Court

This offense is briefly described as follows:
18:2251(a) and 2 - SEXUAL EXPLOITATION OF CHILDREN

Date:     October 21, 2020                         s/ T. Byal
                                                            *Issuing officer's signature*

                                                            GINA M. COLLETTI, Clerk U.S. District Court

City and State:     Milwaukee, Wisconsin            By:T. Byal, Deputy Clerk
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  10/21/2020 , and the person was arrested on *(date)*  11/09/2020 |
| at *(city and state)*  Milwaukee, WI . |
| Date:  6/2/2021 |

                                                            *Arresting officer's signature*

                                                            DUSM Grams
                                                            *Printed name and title*